DOWD, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:05CR194 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Jesse L. Melton | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The defendant and his counsel, Michael J. Goldberg appeared before this Court on August 23, 2013. A report and recommendation was filed on August 9, 2013. (See docket ECF #50). The Court adopts the report and recommendation of Magistrate Judge Kathleen B. Burke and finds the defendant in violation of his terms and conditions of supervised release.

IT IS ORDERED the period of supervised release is hereby revoked and that the defendant be committed to the custody of the Bureau of Prisons for a period of four (4) months with credit for time already served in custody since July 11, 2013. Upon release from confinement the term of supervised release will terminate in this case.

| | |
|---|---|
| August 23, 2013 | /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |